Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Raymond Barone*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Barone,<br><br>            Plaintiff,<br><br>     v.<br><br>The Hartford Life and Accident Insurance Company, Wal-Mart Stores, Inc., Group Long Term Disability Plan for Employees of Wal-Mart Stores, Inc.,<br><br>            Defendants. | Case No.  2:11-CV-02317-DGC<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

    RESPECTFULLY SUBMITTED this 6th day of April, 2012.

                                             By:   */s/ Scott E. Davis*
                                                      Scott E. Davis
                                                      Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews, Esq.
Lewis and Roca, LLP
40 N. Central Ave, 19th Floor
Phoenix, AZ 85004-4429

By: */s/ Lisa L. Martinez*
An Employee of Scott E. Davis, P.C.